

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00190-CV**

**IN RE SETERUS, INC.**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus, filed on June 7, 2018, is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed June 13, 2018
[OT06]

